Sandra L. HOPKINS, Respondent,

v.

Thomas A. HOPKINS, Appellant.

No. WD 42393.

Missouri Court of Appeals,
Western District.

Oct. 30, 1990.

Karon D. Ramsey, Kansas City, for appellant.

Karen A. Plax, Kansas City, for respondent.

Before KENNEDY, P.J., and
SHANGLER and GAITAN, JJ.

### ORDER

PER CURIAM:

Appeal from judgment ordering modification of child support and award of attorney's fees.

Affirmed. Rule 84.16(b).